**Subject:** motion to dismiss

**From:** Foster Pettway (flpettway@yahoo.com)

**To:** gobluejaj@aol.com;

**Date:** Wednesday, June 20, 2012 4:44 PM



## DISTRICT UNITED STATES COURT

## FOR THE SOUTHERN DISTRICT OF SOUTH CAROLINA

**UNITED STATES OF AMERICA**

**Vs**

**CASE NO. 3:00CR365-01 (DWS)**

**FOSTER LEE PETTWAY,**

**Defendant**

### PRO SE MOTION FOR TERMINATION OF SUPERVISED RELEASE

And now, comes Foster Lee Pettway, pursuant to 18 U.S.C. Section 3583 (e)(1) and respectfully requests that this Honorable Court terminate his term of supervised release and discharge him and in support thereof represents as follows:

1.) This Court has jurisdiction of this matter pursuant to 18 U.S.C. Section 3583 (e)(1).

2.) In April 16,2002 Petitioner was sentenced to a term of 120 months and 5 years supervised release, having pled guilty to possession with intent to distribute narcotics. Petitioner forfeited $178000.00 and paid$ 200.00 court costs. The fine and costs have been paid. Petitioner has no restitution to pay, nor does he have any public service to perform.

3.) Petitioner was remanded on October 18 2001 in federal custody, where he remained until February 3, 2010. On that date, Petitioner self-reported to the Federal half-way house, at Watkins House,Hartford, Connecticut, where he remained until April 1 2010, when he was released on home confinement. On June 25,2010, Petitioner was released home on supervised release.

4.) Although 18 U.S.C. Section 3583 (e)(1) allows modification at any time after the expiration of one year of supervised release; on the advice of his Probation Officer Joe Zampano, Petitioner waited until 24 months of supervised release to file the within Petition.

5.) Petitioner has been a model prisoner and probationer never receiving an incident reports his entire stay. He has timely filed 24 monthly reports to his P.O. He has submitted to urine screens that have all been negative. He has been gainfully employed.

6.) Petitioner has made a stable and successful reintegration into the community. He has no drug or alcohol issues. He has not been arrested. He has no history of violence.

Wherefore, Petitioner requests that this Honorable Court grant the within Motion for Termination of Supervised Release and discharge Petitioner.

Respectfully submitted,

Foster Lee Pettway